IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GERALD L. COTTEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-05-1048-R |
| ) | |
| EDWARD L. EVANS, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

This matter is before the Court for review of the Supplemental Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on February 17, 2006. The Magistrate Judge recommended that the Petition for Writ of Habeas Corpus be denied as procedurally barred from federal habeas corpus review. The Report and Recommendation advised the parties of their right to object thereto on or before March 9, 2006, and further advised the parties that a failure to make a timely objection would waive their right to appellate review. A review of the Court's electronic files reveals that the Petitioner has neither filed an objection to the Supplemental Report and Recommendation within the time provided, nor sought an extension of time in which to do so.

Accordingly, the Report and Recommendation is hereby ADOPTED in full. The Petition for a Writ of Habeas Corpus is hereby DENIED as procedurally barred.

**IT IS SO ORDERED this 17th day of March, 2006.**

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE